UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 17-CV-09986

LAU SHAN TONG

, Plaintiff(s)

- against -

SING TAO NEWSPAPERS NEW YORK, LTD., AND ROBIN MUI

, Defendant(s)

State of New York  )
                   )  SS.:
County of Kings    )

AFFIDAVIT OF SERVICE

Muataz Ahmad being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 12/27/2017 at 2:14 PM at:
    SING TAO NEWSPAPERS NEW YORK LTD
    188 LAFAYETTE ST.
    NEW YORK NY 10013
Deponent served the:

**SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY TRIAL DEMANDED**
**INDIVIDUAL RULES & PRACTICES IN CIVIL CASES RONNIE ABRAMS, UNITED STATES DISTRICT**
**JUDGE**
**CASE MANAGEMENT PLAN AND SCHEDULING ORDER**
**CIVIL COVER SHEET**
**ELECTRONIC CASE FILING RULES & INSTRUCTIONS**

on SING TAO NEWSPAPERS NEW YORK LTD

a domestic and/or foreign corporation
by delivering thereat true copies to ALEX DOE (last name refused)
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
MANAGING AGENT and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45  HEIGHT: 5'5   WEIGHT: 150   HAIR: BLACK   RACE: ASIAN   SEX: FEMALE

SWORN TO BEFORE ME  1/11/18
(date)

MATTHEW O LISBON
Notary Public - State of New York
Qualified in Kings County
Registration No. 01LI6324060
Commission Expires May 4, 2019

Muataz Ahmad    Lic. #2034169
ServerLinks.com    Lic. # 1104670
OUR DOC# 36823
Cravath, Swaine, & Moore LLP
825 8th Avenue
New York NY 10019
212-474-1000