UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 17-CV-09986

LAU SHAN TONG
, Plaintiff(s)

- against -

SING TAO NEWSPAPERS NEW YORK, LTD., AND ROBIN MUI
, Defendant(s)

State of New York   )
                    )  SS.:
County of Kings   )

AFFIDAVIT OF SERVICE

Mutaz Ahmad being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 12/27/2017 at  2:13 PM at:
    SING TAO NEWSPAPERS NEW YORK LTD
    188 LAFAYETTE ST.
    NEW YORK NY 10013
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY TRIAL DEMANDED
INDIVIDUAL RULES & PRACTICES IN CIVIL CASES RONNIE ABRAMS, UNITED STATES DISTRICT
JUDGE
CASE MANAGEMENT PLAN AND SCHEDULING ORDER
CIVIL COVER SHEET
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon ROBIN MUI,
by delivering true copies to:
ALEX DOE (last name refused), MANAGING AGENT
who stated that they were authorized to accept service on behalf of:
ROBIN MUI.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    ROBIN MUI
    SING TAO NEWSPAPERS NEW YORK LTD
    188 LAFAYETTE ST.
    NEW YORK NY 10013
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 45  HEIGHT: 5'5    WEIGHT: 150    HAIR: BLACK    RACE: ASIAN    SEX: FEMALE

Muataz Ahmad         License #2034169
ServerLinks.com      Lic. # 1104670
                     OUR DOC# 36824

SWORN TO BEFORE ME  1/11/18

MATTHEW O LISBON
Notary Public - State of New York
Qualified in Kings County
Registration No. 01LI6324060
Commission Expires May 4, 2019